UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x
DALE LAYNE, on behalf of himself and all others similarly
situated,

                                   Plaintiff,

        -v.-

SOHO ART MATERIAL, INC.


                                 Defendants.
--------------------------------------------------------------------------x

Civil Action No:
1:25-cv-1771

### <u>JOINT STIPULATION OF DISMISSAL</u>

       IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and

the Defendant that whereas no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in the

subject matter of the action, that this action is dismissed with prejudice and without costs or

fees to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 14, 2025

| **For Plaintiff Dale Layne** | **For  Defendant Soho Art Material, Inc.** |
|---|---|
| *s/Rami Salim*<br>Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rsalim@steinsakslegal.com | Stephen James Barrett<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>150 E 42nd Street<br>New York, NY 10017<br>Ph: (212) 915-5479<br>Stephen.barrett@wilsonelser.com |

1

## CERTIFICATE OF SERVICE

I certify that on July 14, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rami Salim
Rami Salim
**Stein Saks, PLLC**
*Attorneys for Plaintiff*

2